**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| PARENT REGINA RILEY, individually and as next friend of minor child; MINOR CHILD R.O.; and JAYLA ODOM, | * | |
| Plaintiffs, | * | CV 125-061 |
| v. | * | |
| CAITLYN GREGORY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' consent motion to dismiss all pending claims, including counterclaims and cross-claims, with prejudice. (Doc. 27.) All Parties signed the consent motion; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA